**109** SHELDON vs. CIRCUIT JUDGE (Wayne) (2 cases), Nos. 13121 and 13122.

To quash writs of attachment, issued for amounts not due, because of insufficiency of affidavits.

Orders to show cause issued Oct. 25, 1892.

Granted in default of answer January 4, 1893, with costs in each case.

**110** MOSHER vs. CIRCUIT JUDGE (Bay), No. 15343; 66 N. W., 384; 2 D. L. N., 919.

To quash proceedings in attachment upon a claim not due, under Act No. 149, Laws of 1889.

Denied March 3, 1896, with costs.

Held that the act is constitutional and valid; that the affidavit for the issuance of a writ under this act should set forth, in addition to the showing necessary for the issuance of the ordinary writ, other additional facts sufficient to satisfy the circuit judge of the propriety of allowing the writ to issue before the debt is due, and that evidence of circumstances that indicate that the defendants' property was being disposed of or seized by others, and that there was danger that plaintiff might lose his claim, would be sufficient.